## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:14CR00114-20 DPM

MEGAN BRITTNEY TURNER

## ORDER

Defendant's Pretrial Services Officer has informed the Court that the Wilbur Mills facility will be unable to provide Defendant with bed space for the chem-free living component of her drug treatment program. Accordingly, Defendant's Conditions of Release (*doc. 125*) are modified to require her to participate in the chem-free living program at Crowley's Ridge Development Council in Jonesboro, along with outpatient mental health treatment, until the disposition of the charges in the indictment. All other conditions of release shall remain in effect.

IT IS SO ORDERED this 20th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE