IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:14CR00114-20 DPM

MEGAN BRITTNEY TURNER

## ORDER

On December 26, 2014, Defendant tested positive for alcohol and was discharged from the chem-free living program at Crowley's Ridge in Jonesboro. *Doc. 281*. On January 6, 2015, the Government moved to revoke Defendant's conditions of release. *Doc. 281*.

The Government has now filed a Motion withdrawing its revocation request. *Doc. 283*. Defendant's PTSO indicates that, on January 6, 2015, Defendant voluntarily enrolled at the chem-free living program at Wilbur Mills in Searcy, where she is also receiving mental-health counseling. Defendant's PTSO informed the Court that Defendant has performed well since enrolling at Wilbur Mills, and recommends that she continue with her drug treatment and counseling.

Under these circumstances, the Court will permit Defendant to continue with chem-free living and mental health counseling at Wilbur Mills, until the disposition of all charges contained in the Indictment.

IT IS THEREFORE ORDERED that the Government's Motion to Withdraw (*doc. 283*) its Motion to Revoke (*doc. 281*) is GRANTED.

Dated this 16th day of January, 2015.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE